Next case is Carrin v. Smiledge Next case is Ziegler v. Egbert Next case is Carlson v. Terry Next case is Carlson v. Terry Next case is Carlson v. Egbert